942

No. 79–6180.  RAYSOR v. STERN, ADMINISTRATOR, NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT, ET AL.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 79–6191.  BETANCOURT v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 79–6203.  WERNERT v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 79–6228.  WATERS v. NEW YORK; and
No. 79–6235.  QUAMINA v. NEW YORK.  Ct. App. N. Y. Certiorari denied.  Reported below: 49 N. Y. 2d 48, 399 N. E. 2d 1177.

No. 79–6232.  SNYDER v. BLANKENSHIP, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–6240.  ROSS v. JONES, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 79–6244.  HENRYHAND v. SMITH, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 79–6247.  FRENCH v. BUTTERWORTH, CORRECTIONAL SUPERINTENDENT.  C. A. 1st Cir.  Certiorari denied.

No. 79–6248.  MA v. HAZELWOOD ET AL.  Ct. App. Wis. Certiorari denied.

No. 79–6249.  HOOTEN v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 79–6257.  TURNAGE v. MCCARTHY, WARDEN.  C. A. 9th Cir.  Certiorari denied.